AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005



Report Required by the Ethics in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jordan, Robert L | District Court - E.D. Tenn. | 03/09/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. District Judge | ☐ Nomination, Date  ☐ Initial ☒ Annual ☐ Final  **5b.** ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 800 Market Street Suite 141 Knoxville, TN 37902 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2005 MAR 20 P FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L | 03/09/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Tennessee Consolidated Retirement System Judicial Retirement | $ 12.205.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L | 03/09/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L | 03/09/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T Inc. (formerly AT&T) | A | Dividend | J | T | Merger | 11/18 | | | |
| 2. Agere Sys. A | | None | J | T | | | | | |
| 3. Agere Sys. B | | None | J | T | | | | | |
| 4. American Trust Bank of East TN | | None | J | T | | | | | |
| 5. Avaya | | None | J | T | | | | | |
| 6. BB&T | D | Dividend | M | T | | | | | |
| 7. BP PLC | A | Dividend | J | T | | | | | |
| 8. Comcast | | None | J | T | | | | | |
| 9. CTI Molecular Imaging | | None | | | Sell | 5/09 | J | B | |
| 10. Dow Chem. | A | Dividend | J | T | | | | | |
| 11. EMC | | None | J | T | | | | | |
| 12. Exxon Mobil | A | Dividend | K | T | | | | | |
| 13. First Horizon (formerly First Tennessee National) | D | Dividend | M | T | | | | | |
| 14. General Electric | B | Dividend | K | T | | | | | |
| 15. IBM | A | Dividend | J | T | | | | | |
| 16. JDS Uniphase Corp | | None | J | T | | | | | |
| 17. John Hancock | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L | 03/09/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 19. King Phar. | | None | J | T | | | | | |
| 20. Lucent Tec., Inc. | | None | J | T | | | | | |
| 21. Medimmune IN | | None | J | T | | | | | |
| 22. Medtronic | A | Dividend | J | T | | | | | |
| 23. NASDQ - 100 | | None | J | T | | | | | |
| 24. Pfizer | A | Dividend | J | T | | | | | |
| 25. Phoenix Cos. | A | Dividend | J | T | | | | | |
| 26. Putnam Global Growth | A | Dividend | J | T | | | | | |
| 27. Security Equity | A | Dividend | J | T | | | | | |
| 28. SERONO S.A. | A | Dividend | J | T | | | | | |
| 29. Sun Trust Bank | F | Dividend | P1 | T | | | | | |
| 30. TN Hsg. Dev. Agency 3% Due 7/10 | B | Interest | K | T | | | | | |
| 31. Trust Under Agreement First TN Bank Municipal Bond Fund | C | Interest | | | Sell | 7/07 | M | A | |
| 32. Twin Cities Financial, Inc. | A | Dividend | K | T | | | | | |
| 33. Tyco Intl. | A | Dividend | J | T | | | | | |
| 34. Cohen & Steers Select Utility | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L | 03/09/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Growth Index Fund | A | Dividend | K | T | Buy | 2/14 | J | | |
| 36. " " | | | | | Buy | 8/11 | J | | |
| 37. Vanguard 500 Index Fund | A | Dividend | K | T | Buy | 2/14 | J | | |
| 38. " " | | | | | Buy | 8/11 | J | | |
| 39. Vanguard Mid Cap Index Fund | A | Dividend | K | T | Buy | 2/14 | J | | |
| 40. " " | | | | | Buy | 8/11 | J | | |
| 41. Vanguard Small Cap Value Fund | A | Dividend | K | T | Buy | 2/14 | J | | |
| 42. " " | | | | | Buy | 8/11 | J | | |
| 43. Vanguard Health Care Fund | B | Dividend | K | T | Buy | 2/14 | J | | |
| 44. " " | | | | | Buy | 8/11 | J | | |
| 45. INTEREST, CD'S, SAVINGS, ETC. | | | | | | | | | |
| 46. American Fidelity Bank | D | Interest | M | T | | | | | |
| 47. AmSouth Bank | D | Interest | N | T | | | | | |
| 48. BB&T | C | Interest | L | T | | | | | |
| 49. Citizens Bank of Blount County | B | Interest | K | T | | | | | |
| 50. First Tennessee | A | Interest | J | T | | | | | |
| 51. Home Federal | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L | 03/09/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Merrill Lynch MIT | A | Interest | J | T | | | | | |
| 53. Merrill Lynch Ready Assets | A | Interest | K | T | | | | | |
| 54. SunTrust (formerly NBC) | D | Interest | N | T | | | | | |
| 55. United Community Bank | C | Interest | M | T | Buy | 12/01 | L | | |
| 56. Y-12 FCU | B | Interest | M | T | | | | | |
| 57. American Trust Bank | C | Interest | M | T | | | | | |
| 58. First National Bank | C | Interest | M | T | Buy | 4/07 | L | | |
| 59. " " | | | | | Buy | 8/05 | L | | |
| 60. Merrill Lynch Co. ARN | A | Interest | K | T | Buy | 5/24 | K | | |
| 61. Vanguard Int'l Value Fund | A | Dividend | J | T | Buy | 3/04 | J | | |
| 62. " " | | | | | Buy | 8/11 | J | | |
| 63. Vanguard Pirme Cap Core Fund | A | Dividend | J | T | Buy | 3/04 | J | | |
| 64. " " | | | | | Buy | 8/11 | J | | |
| 65. AmSouth | A | Dividend | J | T | Transfer | 12/02 | | | Self |
| 66. Atmos Energy | A | Dividend | J | T | | | | | |
| 67. | | | | | | | | | |
| 68. Merrill Lynch Custodian | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L | 03/09/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - AT&T Inc. (formerly AT&T Corporation) | A | Dividend | J | T | Merger | 11/18 | | | |
| 70. - American Greeting | A | Dividend | J | T | | | | | |
| 71. - AmSouth | A | Dividend | K | T | Prtl Trnfr | 12/02 | J | A | Self |
| 72. - Avaya | | None | J | T | | | | | |
| 73. - BMC Software | | None | J | T | | | | | |
| 74. - Comcast | | None | J | T | | | | | |
| 75. - CTI Molecular Imaging | | None | | | Sell | 5/09 | J | B | |
| 76. - General Electric | B | Dividend | K | T | | | | | |
| 77. - Home Depot | A | Dividend | J | T | | | | | |
| 78. - Johnson & Johnson | A | Dividend | J | T | | | | | |
| 79. - King Phar. | | None | J | T | | | | | |
| 80. - Kroger Co. | | None | J | T | | | | | |
| 81. - Merrill Lynch Ret. Reserves | A | Interest | J | T | | | | | |
| 82. - PerkinElmer | A | Dividend | J | T | | | | | |
| 83. - Sun Trust Bank | A | Dividend | J | T | | | | | |
| 84. - Tanger Factory Outlet | A | Dividend | K | T | | | | | |
| 85. - Texas Inst. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L | 03/09/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Greene Co. Bankshares | A | Dividend | J | T | | | | | |
| 87. - Microsoft Corp. | A | Dividend | J | T | | | | | |
| 88. - Pfizer, Inc. | A | Dividend | J | T | | | | | |
| 89. | | | | | | | | | |
| 90. DEFERRED COMPENSATION - STATE OF TENNESSEE | | | | | | | | | |
| 91. - Plan I - 457 | D | Int/Div/Dist | M | T | | | | | |
| 92. - Plan II - 401K | D | Int/Div/Dist | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L | 03/09/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L | 03/09/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date  _3-9-06_

NOTE: A[...]ES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544